094-076-00

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KEVIN SWAFFORD, | ) |
| | ) |
| | ) No.: 3:08-0297 |
| | ) Judge Haynes |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA, et al., | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon agreement of the parties that this matter should be dismissed with prejudice, as evidenced by the signatures of their counsel below, this Court is of the opinion that this matter should be dismissed in its entirety with prejudice to the re-filing of the same,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed with prejudice in its entirety, and it is,

**FURTHER, ORDERED, ADJUDGED AND DECREED** that no bill of costs will be filed by any party and no discretionary costs or attorney fees will be applied for or awarded to any party.

DATED: This the 29th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE
WILLIAM J. HAYNES, JR.